filing the undertaking required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE BRADFORD COMPANY and Another v. JAMES H. DUNN.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS BLUMENKRANZ v. MIKE WEINBERG DRESS CO., INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

VINCENZINA CAROGANO v. GIOVANNI CAROGANO.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE REAL ESTATE HOLDING CORPORATION and Others v. UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, INC., and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES BURNHAM SQUIER v. KATHERINE S. MONTGOMERY, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERMAN BLANK v. DEREN COAT CO., INC., and Another.— Motion granted, the levy by the sheriff to remain as security for the judgment pending the appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NAUHEIM PHARMACY, INC., v. JULES MENDEL.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VICTOR UTGOFF, on Behalf of Himself, etc., v. LOUIS A. VAN DYK and Another, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MOSES VALENTINE to Compel SAMUEL D. LASKY to Turn Over to the Petitioner Certain Moneys in the Possession of Said Appellant, and to Determine What Lien, if Any, the Appellant Has for Legal Services Rendered on Behalf of the Petitioner, Respondent.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CLEARANCE HOLDING CORPORATION v. ALL METAL PARTITION CO., INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LETITIA ERNESTINE BROWN v. CARLETON CURTIS, Alias "HARRY BROWN."— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RUBY E. WYLDE, Appellant, v. PIERRE OPERATING CORPORATION, Respondent. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CATHERINE REVILLE, Respondent, v. LOUIS KURTE, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy Martin and O'Malley, JJ.

MARY A. CRONIN, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that there was a question of fact for the jury as to the liability of the defendant, The City of New York. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANTONIO CHIOCCHI, Appellant, v. ALEX ORFINGER, Respondent.— Judgment

* Affd., 251 N. Y. ——.

reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that there was an issue of fact as to the control of the automobile which should have been submitted to the jury. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

HAROLD M. SCHWAB, INC., Respondent, v. MARYLAND CASUALTY COMPANY, Appellant.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSALIE LIVINGSTON, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,149.10; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JEAN LIVINGSTON EPSTEIN, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,149.10; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMERICAN RAYON PRODUCTS CORPORATION, Respondent, v. BEAUNIT MILLS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN P. MELIUS, Appellant, v. EMMA E. MELIUS, Respondent.— Judgment affirmed, with costs; but in order to sustain the judgment a formal decision should be submitted, signed by the court at Special Term embodying the various findings of fact and conclusions of law made by the trial justice in his memorandum. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL SHKOLNIK and Another, Doing Business, etc., Respondents, v. CENTRAL FURNITURE FRAME CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX ISENBERG, Appellant.*— Judgment and order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LORD & BURNHAM COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.†— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [132 Misc. 64.]

CRYSTAL SPRINGS BANK, Appellant, v. S. H. & E. H. FROST, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILKINSON BROTHERS & COMPANY, Appellant, v. REPUBLIC STORAGE CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STARBORO HOLDING CORPORATION, Appellant, v. ROTHENBERG REALTORS CO.,

---

* Affd., 251 N. Y. —.      † Revd., 251 N. Y. 198.